In re **Corrozi-Fountainview, LLC**        ,
          **Debtor**

Case No.   **10-11090 (KG)**
          **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 90 Condo Units at Village of Fountainview, Newark Delaware (See attached legal description) | | | $13,090,000.00 | $7,585,667.00 |
| 24 Townhouse Units at Village of Fountainview, Newark Delaware (See attached legal description) | | | $2,225,000.00 | $2,773,370.00 |
| | | | | |
| | | | | |
| | | | | |
| | Total > | | $15,315,000.00 | |

(Report also on Summary of Schedules.)



20050929-0099846
Pages: 4    F: $58.00
09/29/05 01:48:21 PM
T20050079988
Michael E. Kozikowski
New Castle Recorder    DEE

Tax Parcel Nos.:    18-033.00-080
                    18-033.00-076
PREPARED BY AND RETURN TO:
Douglas M. Hershman, Esquire
The Bayard Firm
P.O. Box 25130
Wilmington, DE 19899-25130

**THIS DEED** is made this 28th day of September, 2005, between

**FOUNTAINVIEW NEWARK, LLC,** a Delaware limited liability company, party of the first part,

AND

**FOUNTAINVIEW NEWARK II, LLC,** a Delaware limited liability company, party of the second part.

WITNESSETH, that the said party of the first part, for and in consideration of the sum of TEN DOLLARS ($10.00) lawful money of the United States of America, the receipt of which is hereby acknowledged, hereby grants and conveys unto the said party of the second part, its successors and/or assigns, in fee,

**Parcel No. 1:**
**Tax Parcel Number 18-027.00-080**

ALL that certain piece, parcel or tract of land situate in the City of Newark, New Castle County, State of Delaware, being known as Tax Parcel Number 18-027.00-080 according to the Major Subdivision Plan of Fountainview prepared by McBride & Ziegler, Inc., Plan No. 20033867-6024, recorded in the Office of the Recorder of Deeds in and for New Castle County on Instrument No. 20040831-0096860, more particularly described as follows, to-wit:

BEGINNING at the westerly end of a 15 foot radius junction curve joining the point on the westerly side of Dunsmore Road (50 feet wide) with the southerly side of Whitechapel Drive (60 feet wide); thence, from the point of Beginning the following fifteen courses and distances: 1) by an arc curving to the right having a radius of 689.73 feet, an arc distance of 201.59 feet (CHD=North 86 degrees, 51 minutes, 07 seconds West, 200.87 feet) to a point, thence; 2) South 14 degrees, 31 minutes, 27 seconds West, 448.72 feet to a point in line of lands now or formerly of the University of Delaware, thence, with same; 3) South 83 degrees, 48 minutes, 28 seconds West, 529.35 feet to a corner for Tax Parcel Number 18-027.00-076, thence, with same; 4) North 37 degrees, 00 minutes, 24 seconds West, 454.37 feet to a point on the southeasterly side of Library Road also known as Delaware Route No. 72 (105 foot half-width), thence, with same; 5) North 26 degrees, 27 minutes, 36 seconds East, 38.25 feet to a point of tangency, thence, with same; 6) by an arc curving to the left having a radius

598879v2

of 2969.79 feet, an arc distance of 526.89 feet, (CHD=North 21 degrees, 22 minutes, 38 seconds East, 526.20 feet) to a point on the southerly side of the Penn Central Railroad, thence, with same; 7) North 68 degrees, 04 minutes, 30 seconds East, 115.19 feet to a corner for lands now or formerly of the City of Newark, thence, with same the next six courses and distances; 8) South 70 degrees, 52 minutes, 24 seconds East, 67.65 feet to a point, thence; 9) South 19 degrees, 07 minutes, 36 seconds West, 55.00 feet to a point, thence; 10) South 70 degrees, 52 minutes, 24 seconds East, 410.00 feet to a point, thence; 11) South 19 degrees, 07 minutes, 36 seconds West, 110.00 feet to a point, thence; 12) South 70 degrees, 52 minutes, 24 seconds East, 138.42 feet to a point of curvature, thence; 13) by an arc curving to the left having a radius of 629.73 feet, an arc distance of 266.59 feet, (CHD=South 83 degrees, 00 minutes, 04 seconds East, 264.60 feet) to a point on the northerly side of Whitechapel Drive, thence; 14) South 05 degrees, 07 minutes, 44 seconds East, 48.00 feet to a point, thence; 15) South 10 degrees, 37 minutes, 53 seconds East, 12.05 feet to the point of Beginning.

## Parcel No. 2:
## Tax Parcel Number 18-027.00-076

ALL that certain piece, parcel or tract of land situate in the City of Newark, New Castle County, State of Delaware, being known as Tax Parcel Number 18-027.00-076 according to the Major Subdivision Plan of Fountainview prepared by McBride & Ziegler, Inc., Plan No. 20033867-6024, recorded in the Office of the Recorder of Deeds in and for New Castle County on Instrument No. 20040831-0096860 and more particularly described as follow, to-wit:

BEGINNING at the westerly end of a 15 foot radius junction curve joining the point on the westerly side of Dunsmore Road (50 feet wide) with the southerly side of Whitechapel Drive (60 feet wide), thence the following courses and distances: 1) by an arc curving to the right having a radius of 689.73 feet, an arc distance of 201.59 feet, (CHD=North 86 degrees, 51 minutes, 07 seconds West, 200.87 feet) to a point, thence; 2) South 14 degrees, 31 minutes, 27 seconds West, 448.72 feet to a point in line of lands now or formerly of the University of Delaware, thence, with same; 3) South 83 degrees, 48 minutes, 28 seconds West, 529.35 feet to a point, thence, from said point of Beginning the following six courses and distances: 1) South 83 degrees, 48 minutes, 28 seconds West, 548.14 feet to a point on the southwesterly side of Library Road also known as Delaware Route No. 72 (varies width) thence with the same; 2) North 26 degrees, 27 minutes, 36 seconds East, 15.78 feet to a point, thence; 3) North 33 degrees, 59 minutes, 02 seconds East, 267.30 feet to a point, thence; 4) South 63 degrees, 32 minutes, 24 seconds East, 20.00 feet to a point on the southwesterly side of Library Road also known as Delaware Route No. 72 (105 feet half width) thence with the same; 5) North 26 degrees, 27 minutes, 36 seconds East, 217.94 feet to a point in line of lands now or formerly of the University of Delaware, thence, with the same; 6) South 37 degrees, 00 minutes, 24 seconds East, 454.37 feet to the point of Beginning.

**PARCEL NO. 1 AND PARCEL NO. 2** now being more particularly bounded and described as a single parcel as follows:

**ALL** that certain piece, parcel or tract of land situate in the City of Newark, New Castle County, State of Delaware, being known as the Fountainview Apartments according to the Construction Improvement Plan of Fountainview prepared by McBride & Ziegler , Inc., plan no. 20033867-7236, recorded in the Office of the Recorder of Deeds in and for New Castle County on Instrument No. 20050916-0094833 and more particularly described as follows, to wit:

**BEGINNING** at the westerly end of a 15 foot radius junction curve joining the point on the westerly side of Dunsmore Road (50 feet wide) with the southerly side of Whitechapel Drive (60 feet wide): Thence, from said Point of Beginning the following seventeen courses and distances:

(1)   With lands now or formerly of the City of Newark, By an arc curving to the right having a radius of 689.73 feet, an arc distance of 201.59 feet (CHD=South 86 degrees, 51 minutes, 07 seconds East, 200.87 feet ) to a point, thence;

(2)   South 14 degrees, 31 minutes, 27 seconds West, 448.72 feet to a point in line of lands now or formerly of the University of Delaware, thence, with same;

(3)   South 83 degrees, 48 minutes, 28 seconds west, 1077.49 feet to a point on the Easterly side of Delaware Route No. 72, also known as Library Road (varying widths), thence, with same the next five courses and distances;

(4)   North 26 degrees, 27 minutes, 36 seconds East, 15.78 feet to a point, thence;

(5)   North 33 degrees, 59 minutes, 02 seconds East, 267.30 feet to a point, thence;

(6)   South 63 degrees, 32 minutes, 24 seconds East, 20.00 feet to a point, thence;

(7)   North 26 degrees, 27 minutes, 36 seconds East, 256.19 feet to a point of curvature, thence;

(8)   By an arc curving to the left having a radius of 2969.79 feet, an arc distance of 526.89 feet (CHD=North 21 degrees, 22 minutes, 38 seconds East, 526.20 feet) to a point on the Southerly side of lands now or formerly of the Penn Central Railroad, thence, with same;

(9)   North 68 degrees, 04 minutes, 30 seconds East, 115.19 feet to a corner for lands now or formerly of the City of Newark, thence, with same six courses and distances;

(10)   South 70 degrees, 52 minutes, 24 seconds East, 67.65 feet to a point, thence;

(11)   South 19 degrees, 07 minutes, 36 seconds West, 55.00 feet to a point, thence;

(12)   South 70 degrees, 52 minutes, 24 seconds East, 410.00 feet to a point, thence;

(13)   South 19 degrees, 07 minutes, 36 seconds West, 110.00 feet to a point, thence;

(14)   South 70 degrees, 52 minutes, 24 seconds East, 138.42 feet to a point of curvature, thence;

(15)   By an arc curving to the left having a radius of 629.73 feet, an arc distance of 266.59 feet (CHD= South 83 degrees, 00 minutes, 04 seconds East, 264.60 feet) to a point at the end of Whitechapel Drive, thence, with same the next two courses and distances;

(16)   South 05 degrees, 07 minutes, 44 seconds East, 48.00 feet to a point,

(17)     South 10 degrees, 37 minutes, 53 seconds East, 12.05 feet to the Point of Beginning.

Containing within said metes and bounds 15.6492 acres of land, more or less.

**BEING** the same lands and premises which University of Delaware, a Delaware corporation, by Deed dated September 9, 2004 and recorded September 10, 2004 in the Office of the Recorder of Deeds in and for New Castle County, Delaware, in Instrument No. 20040910-0101110, did grant and convey unto Fountainview Newark, LLC, a Delaware limited liability company, in fee.

**SUBJECT** to all easements, restrictions, reservations, agreements and covenants of record, if any, affecting the property or the title thereto, together with the benefits of the same.

**IN WITNESS WHEREOF**, the said Fountainview Newark, LLC, a limited liability company of the State of Delaware, has executed this Deed the day and year aforesaid.

SEALED AND DELIVERED
IN THE PRESENCE OF:

_____
Witness

FOUNTAINVIEW NEWARK, LLC
By: Fountainview Newark Manager,
LLC, its Executive Manager
By: _____ (SEAL)
Timothy Jones, Authorized Person

STATE OF DELAWARE     )
                                        ) SS
NEW CASTLE COUNTY   )

BE IT REMEMBERED, that on this 28th day of September, 2005, personally came before me, the Subscriber, a Notarial Officer for the State and County aforesaid, Timothy Jones, Authorized Person of Fountainview Newark, LLC, a limited liability company, existing under the laws of the State of Delaware, party to this Indenture, known to me personally to be such, and acknowledged this Indenture to be his act and deed and the act and deed of said companies.

GIVEN under my Hand and Seal of Office, the day and year aforesaid.

_____
Notary Public
Printed Name:_____
My Commission Expires:_____
          DOUGLAS M. HERSHMAN
          Attorney at Law - State of Delaware
          Notarial Officer Pursuant to
          29 Del.C. §4323(a)(3)
          My Commission Has No Expiration

**GRANTEE'S ADDRESS**
6 Larch Avenue, Ste. 301
Wilmington, DE 19804

598879v2

## EXHIBIT "A"

ALL that certain piece, parcel or tract of land situate in the City of Newark, New Castle County, State of Delaware, being known as Parcel 1 of the Fountainview Apartments according to the Administrative Subdivision Plan of Fountainview Apartments as prepared by McBride & Ziegler, Inc., plan no. 20033867-, recorded in the Office of the Recorder of Deeds in and for New Castle County on Instrument No. 20070606-0050757, and being more particularly bounded and described as follows, to wit:

BEGINNING at the westerly end of a 15 foot radius junction curve joining the point on the westerly side of Dunsmore Road (50 feet wide) with the southerly side of Whitechapel Drive (60 feet wide): Thence, from said Point of Beginning the following seventeen courses and distances:

(1)    By an arc curving to the right having a radius of 689.73 feet, an arc distance of 201.59 feet, (CHD=North 86 degrees, 51 minutes, 07 seconds West, 200.87 feet) to a point, thence;

(2)    South 14 degrees, 31 minutes, 27 seconds West, 448.72 feet to a point in line of lands now or formerly of the University of Delaware, thence, with same;

(3)    South 83 degrees, 48 minutes, 28 seconds West, 1077.49 feet to a point on the easterly side of Library Road, also known as Route 72 (varying widths), thence, with same the next two courses and distances;

(4)    North 26 degrees, 27 minutes, 36 seconds East, 15.78 feet to a point, thence;

(5)    North 33 degrees, 59 minutes, 02 seconds East, 153.52 feet to a corner for Parcel 2, thence, with same the next eight courses and distances;

(6)    South 63 degrees, 32 minutes, 24 seconds East, 129.13 feet to a point, thence;

(7)    North 68 degrees, 04 minutes, 43 seconds East, 376.76 feet to a point, thence;

(8)    North 14 degrees, 50 minutes, 10 seconds East, 93.29 feet to a point, thence;

(9)    By an arc curving to the left having a radius of 150.00 feet, an arc distance of 13.30 feet, (CHD=South 77 degrees, 42 minutes, 12 seconds East, 13.29 feet) to a point of compound curvature, thence;

(10)    By an arc curving to the left having a radius of 250.00 feet, an arc distance of 351.82 feet, (CHD=North 59 degrees, 26 minutes, 31 seconds East, 323.50 feet) to a point of tangency, thence;

(11)    North 19 degrees, 07 minutes, 36 seconds East, 187.37 feet to a point, thence;

(12)    South 70 degrees, 52 minutes, 24 seconds East, 39.15 feet to a point, thence;

(13)    North 19 degrees, 07 minutes, 36 seconds East, 38.38 feet a common corner for lands now or formerly of the City of Newark, thence, with same the next two courses and distances;

(14)    South 70 degrees, 52 minutes, 24 seconds East, 138.42 feet to a point of curvature, thence;

(15)    By an arc curving to the left having a radius of 629.73 feet, an arc distance of 266.59 feet, (CHD=South 83 degrees, 00 minutes, 04 seconds East, 264.60 feet) to a point on the northerly side of Whitechapel Drive, thence, crossing Whitechapel Drive the next two courses and distances;

(16)    South 05 degrees, 07 minutes, 44 seconds East, 48.00 feet to a point, thence;

(17)    South 10 degrees, 37 minutes, 53 seconds East, 12.05 feet to the Point of Beginning.

From Artizans
bldg recorded
12-8-07