In re ___Corrozi-Fountainview, LLC___          Case No. _____10-11090 (KG)_____
          Debtor          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>84 Lumber<br>P.O. Box 365<br>Eighty Four, PA 15330-0365 | | | | | | | $111,800.17 |
| ACCOUNT NO.<br>ABC Sales & Service, Inc.<br>2520 West 6th Street<br>Wilmington, DE 19805 | | | | | | | $39,791.00 |
| ACCOUNT NO.<br>Access Labor Services<br>1406 N. Dupont Highway<br>New Castle, DE 19720 | | | | | | | $3,727.20 |
| ACCOUNT NO.<br>Architectural Alliance<br>1309 Veale Road<br>Suite 22<br>Wilmington, DE 19810 | | | | | | | $2,578.60 |
| | | | | | | Subtotal▶ | $157,896.97 |
| ___10___ continuation sheets attached | | | | | | Total▶<br>(Use only on last page of the completed Schedule F.) | $ |

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __Corrozi-Fountainview, LLC__     Case No. _____10-11090 (KG)_____
          **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Arrow Leasing Corp. <br> 1772 Pulaski Hwy <br> Bear, DE 19701 | | | | | | | $764.52 |
| ACCOUNT NO. <br> Barnett, Carol E. <br> 207 Lindberg Ave <br> Wilmington, DE 19804 | | | | | | | $15,000.00 |
| ACCOUNT NO. <br> Bath/Kitchen & Tile <br> P. O. Box 2680 <br> Wilmington, DE 19805 | | | | | | | $60,008.00 |
| ACCOUNT NO. <br> Beauchesne, Lorraine M. <br> 116 Decker Drive <br> Newark, DE 19711 | | | | | | | $15,000.00 |
| ACCOUNT NO. <br> Becker, George & Betty <br> 3 Giliberti Ln <br> Newark, DE 19711 | | | | | | | $15,000.00 |
| ACCOUNT NO. <br> BFRich Windows & Doors <br> P. O. Box 6031 <br> Newark, DE 19714 | | | | | | | $46,157.10 |

Sheet no. _1_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $151,929.62

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __Corrozi-Fountainview, LLC__     Case No. _____10-11090 (KG)_____
          Debtor                                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Browne, Helen A. <br> 10 Muledeer Court <br> Elkton, MD 21921 | | | | | | | $15,000.00 |
| ACCOUNT NO. <br><br> Century Kitchens <br> P. O. Box 546 <br> Colmar, PA 18915 | | | | | | | $58,378.68 |
| ACCOUNT NO. <br><br> City of Newark <br> 220 Elkton Road <br> Newark, DE 19711 | | | | | | | $15,000.00 |
| ACCOUNT NO. <br><br> Coastal Cleaning Service <br> 24832 John Williams Hwy <br> #50 Naniticote Crossing <br> Millsboro, De 19966 | | | | | | | $3,149.00 |
| ACCOUNT NO. <br><br> Communications Consultants <br> P. O. Box 712 <br> Swedesboro, NJ 08085 | | | | | | | $1,600.00 |
| ACCOUNT NO. <br><br> Custom Iron Shop, Inc. <br> P.O. Box 2633 <br> Wilmington, DE  19805 | | | | | | | $39,370.00 |

Sheet no. __2__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal▶ | $132,497.68

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re ___Corrozi-Fountainview, LLC___     Case No. _____10-11090 (KG)_____
           Debtor     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Daniel D. Rappa, Inc.<br>1624 E. Ayre Street<br>Newport, DE 19804 | | | | | | | $13,000.00 |
| ACCOUNT NO.<br>Deer Park Direct<br>P. O. Box 856192<br>Louisville, KY 40285 | | | | | | | $15.00 |
| ACCOUNT NO.<br>Delaware Elevator<br>2210 Allen Drive<br>Salisbury, MD 21801 | | | | | | | $19,442.00 |
| ACCOUNT NO.<br>Delaware Siding Co.<br>3310 Wrangle Hill Road<br>Suite 113<br>Bear, DE 19701 | | | | | | | $125.00 |
| ACCOUNT NO.<br>Delmarva Insulation Co.<br>23100 Lewes-Georgetown<br>Suite 9<br>Georgetown, DE 19947 | | | | | | | $18,110.00 |
| ACCOUNT NO.<br>Excel Bus Systems<br>201 Ruthar Drive<br>Suite 10<br>Newark, DE 19711 | | | | | | | $16.70 |

Sheet no. _3_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $50,708.70

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

In re __Corrozi-Fountainview, LLC__          Case No. _____10-11090 (KG)_____
            Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>First Impression, Inc.<br>P. O. Box 910<br>Hockessin, De 19707 | | | | | | | $28,015.50 |
| ACCOUNT NO.<br>Fast Signs<br>P. O. Box 5471<br>Wilmington, DE 19808 | | | | | | | $2,599.92 |
| ACCOUNT NO.<br>Fireside Hearth & Home<br>P. O. Box 414949<br>Boston, MA 02241 | | | | | | | $900.00 |
| ACCOUNT NO.<br>First State Construction<br>106 Carson Drive<br>Bear, DE 19701 | | | | | | | $6,000.00 |
| ACCOUNT NO.<br>Floors & Fireproofing<br>114 E. Baltimore Ave<br>Suite 3<br>Lansdowne, PA 19050 | | | | | | | $7,000.00 |
| ACCOUNT NO.<br>Forrest Heating & Cooling<br>2314 Pyle Street<br>Wilmington, DE 19805 | | | | | | | $840.00 |

Sheet no. __4__ of __10__ continuation sheets attached          Subtotal ▶ | $45,355.42
to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re   Corrozi-Fountainview, LLC          Case No.          10-11090 (KG)
          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Frank Robino Companies LLC 102 Robino Court, Suite 301 Wilmington, DE 19804 | | | | | | | $3,089,916.00 |
| ACCOUNT NO.  Genna Contracting 29474 Whitstone Lane Millsboro, DE 19966 | | | | | | | $740.00 |
| ACCOUNT NO.  Green, Debbi F. 21 Rockrose Drive Newark, DE 19711 | | | | | | | $3,000.00 |
| ACCOUNT NO.  Gunther, Wayne & Elizabeth 186 Fairhill Drive Wilmington, DE 19808 | | | | | | | $15,000.00 |
| ACCOUNT NO.  Harleysville Mutual Insurance 355 Maple Avenue Harleysville, PA 19438 | | | | | | | $3,614.00 |
| ACCOUNT NO.  Horisk, P. Joseph, Jr. P. O. Box 99 Montchanin, DE 19710 | | | | | | | $323,870.00 |

Sheet no. 5 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $3,436,140.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Corrozi-Fountainview, LLC__          Case No. _____10-11090 (KG)_____
          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jay Gundel & Assoc<br>300 Foulk Road<br>Suite 1 A<br>Wilmington, De 19803 | | | | | | | $1,960.00 |
| ACCOUNT NO.<br>KST Land Design, Inc.<br>P. O. Box 169<br>New Castle, DE 19720 | | | | | | | $4,500.00 |
| ACCOUNT NO.<br>Malesardi Steiner Keys<br>McCommons Architects<br>3244 Prospect Street NW<br>Washington, DC 20007 | | | | | | X | $2,100.00 |
| ACCOUNT NO.<br>McCann, Sharon<br>15 Carriage Lane<br>Newark, DE 19711 | | | | | | | $4,689.64 |
| ACCOUNT NO.<br>McDaniel Plumbing & Heating<br>205 Old Churchmans Road<br>New Castle, DE 19720 | | | | | | X | $0.00 |
| ACCOUNT NO.<br>Metropolitain Philadelphia New Homes Guide<br>P. O. Box 402035<br>Atlanta, GA 30384 | | | | | | | $823.00 |

Sheet no. __6__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $14,072.64

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __Corrozi-Fountainview, LLC__          Case No. _____10-11090 (KG)_____
           Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mid Atlantic Stone, Inc. 2938 Columbia Avenue, Suite 1202 Lancaster, PA 17603 | | | | | | | $61,655.00 |
| ACCOUNT NO. Middletown Appliances 211 East Main Street Middletown, DE 19709 | | | | | | | $4,843.00 |
| ACCOUNT NO. News Journal Company P. O. Box 822072 Philadelphia, PA 19182 | | | | | | | $739.00 |
| ACCOUNT NO. Pala Tile & Carpet 600 S. Colonial Ave Elsmere, DE 19805 | | | | | | | $77,101.62 |
| ACCOUNT NO. Pioneer Homes Inc. 28321 Wynikako Avenue Millsboro, DE 19666 | | | | | | X | $0.00 |
| ACCOUNT NO. Premier Accessories P.O. Box 7078 Newark, DE 19714 | | | | | | | $8,571.75 |

Sheet no. _7_ of _10_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $152,910.37

Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B 6F (Official Form 6F) (12/07)

In re    Corrozi-Fountainview, LLC    
       Debtor

Case No. _____10-11090 (KG)_____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PSC Contracting, Inc.<br>P. O. Box 319<br>Delaware City, DE 19706 | | | | | | | $108,302.74 |
| ACCOUNT NO.<br>Schagrin Gas<br>1000 N. Broad Street<br>Middletown, DE 19709 | | | | | | X | $232.21 |
| ACCOUNT NO.<br>Schmidt, Thomas<br>314 Sheringham Drive<br>Hockessin, DE 19707 | | | | | | | $12,100.00 |
| ACCOUNT NO.<br>Shone Lumber<br>P. O. Box 6007<br>Stanton, DE 19804 | | | | | | | $51,207.03 |
| ACCOUNT NO.<br>State Drywall Co., Inc.<br>P. O. Box 717<br>Hockessin, DE 19707 | | | | | | | $138,672.00 |
| ACCOUNT NO.<br>Sundew Painting<br>301 E. Ayre Street<br>Wilmington, DE 19801 | | | | | | | $25,543.00 |

Sheet no. __8__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $336,583.79

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

B 6F (Official Form 6F) (12/07)

In re    Corrozi-Fountainview, LLC         Case No. _____ 10-11090 (KG) _____
           Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sunlighting, Ltd <br> 115 Kirkwood Square <br> Wilmington, De 19808 | | | | | | | $1,167.50 |
| ACCOUNT NO. <br> Tassone Concrete <br> P. O. Box 49 <br> Middletown, DE 19709 | | | | | | | $4,442.19 |
| ACCOUNT NO. <br> Tober & Agnew Co. <br> 21 Gray Fox Ridge <br> Newark, DE 19711 | | | | | | | $44,000.00 |
| ACCOUNT NO. <br> Top Notch Mailbox Co. <br> 4528 Yorkshire Drive <br> Ellicott City, MD 21043 | | | | | | | $1,481.96 |
| ACCOUNT NO. <br> United National Construction <br> 7410 Coca Cola Dr, Suite 212 <br> Elkridge, MD 21075 | | | | | | | $36,530.00 |
| ACCOUNT NO. <br> United Rentals Aerial <br> P.O. Box 100711 <br> Atlanta, GA 30384-0711 | | | | | | | $9,046.69 |

Sheet no. __9__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal ▶    $96,668.34

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re ___Corrozi-Fountainview, LLC___       Case No. _____10-11090 (KG)_____
          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>White, Louis Curtis<br>P. O. Box 4154<br>Delaware City, DE 19706 | | | | | | | $171,920.00 |
| ACCOUNT NO.<br>William M. Young Co.<br>P.O. Box 10487<br>Wilmington, DE 19899 | | | | | | | $66,811.54 |
| ACCOUNT NO.<br>William E. Steward & Son<br>P. O. Box 750<br>Middletown, DE 19709 | | | | | | | $500.00 |
| ACCOUNT NO.<br>Williams Scotsman<br>P. O. Box 91975<br>Chicago, IL 60693 | | | | | | | $370.36 |
| ACCOUNT NO.<br>Woodin & Associates, LLC<br>111 Patriot Drive, Suite D<br>Middletown, DE 19709 | | | | | | | $37,974.50 |
| ACCOUNT NO.<br>Wrzesinski, Roman & Josephine<br>12520 Dearborn Drive<br>Bayonet Point, FL 34667 | | | | | | | $15,873.00 |

Sheet no. _10_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $293,449.40

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**$4,868,212.93**